IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, )<br>SHEET METAL WORKERS' NATIONAL )<br>PENSION FUND, et al., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>BES SERVICES, INC., 　　　　　　)<br>f/k/a INTERNATIONAL VISUAL 　　)<br>CORPORATION OF N.Y. 　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　) | Civil Action No.  1:04cv90 |

## MEMORANDUM OPINION

Plaintiffs have filed affidavits in support of their calculations of the monetary relief they seek, as directed in the memorandum opinion (no. 40) finding them entitled to summary judgment.

Upon consideration of the affidavit of Walter Shaw (no. 46), the court finds that plaintiffs are entitled to summary judgment for the amounts described therein.

Upon consideration of the affidavit of C. Wayne Owen, Jr. (No. 45), the court finds that plaintiffs are entitled to reimbursement of counsel fees and expenses in the amount of $30,000.00.

An appropriate order accompanies this opinion.

　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Thomas Rawles Jones, Jr.
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia

June 22, 2005

Case No. 1:04cv90

Jason Ehrenberg, Esquire
BAILEY & EHRENBERG, PLLC
1155 Connecticut Avene, N.W., Suite 1100
Washington, D.C.  20036

Case No. 1:04cv90

Curtis Wayne Owen, Jr., Esquire
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, N.W., Suite 450
Washington, D.C.  20036

Case No. 1:04cv90