IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, )<br>SHEET METAL WORKERS' NATIONAL )<br>PENSION FUND, et al., )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>BES SERVICES, INC., )<br>f/k/a INTERNATIONAL VISUAL )<br>CORPORATION OF N.Y. )<br>)<br>       Defendant. )<br>) | Civil Action No.  1:04cv90 |

## SUMMARY JUDGMENT ORDER

For the reasons set out in the opinions filed on May 25, 2005, and June 22, 2005, it is ORDERED that plaintiffs' motion for summary judgment (no. 22) is GRANTED, and judgment is hereby entered for plaintiffs against defendant for the following:

       1.    Delinquent contributions and associated costs and fees of $22,602.77, plus interest thereon at 12% from the dates the contributions were due through today, plus liquidated damages in an amount equal to said interest.

       2.    Unpaid withdrawal liability of $154,761.92, plus interest at 12% from date of default through today, plus liquidated damages in an amount equal to said interest, plus $658.90 in interest through dates of payment or default.

       3.    Attorneys' fees and expenses of $30,000.00.

ENTERED this 22nd day of June, 2005.

                                                     /S/
                                      Thomas Rawles Jones, Jr.
                                      United States Magistrate Judge

Alexandria, Virginia